

FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )       2:05-364-JCM-(VCF)
                                )
ANEAL V. MAHARAJ, aka Neal Maharaj,   )
                                )
            Defendant.          )
_____    )

### PRELIMINARY ORDER OF FORFEITURE

On October 18, 2012, defendant ANEAL V. MAHARAJ pled guilty to Counts One, Two, Four, and Eleven through Eighteen of an Eighteen-Count Second Superseding Criminal Indictment charging him in Count One with Mail Fraud in violation of Title 18, United States Code, Section 1341; in Counts Two and Four with Wire Fraud in violation of Title 18, United States Code, Section 1343; in Count Eleven with Tax Evasion in violation of Title 26, United States Code, Section 7201; in Counts Twelve through Seventeen with Bank Fraud in violation of Title 18, United States Code, Section 1344; and in Count Eighteen with False Declaration in Relation to a Bankruptcy Petition in violation of Title 18, United States Code, Section 152(3); and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Second Superseding Criminal Indictment and the Plea Memorandum. Second Superseding Criminal Indictment, ECF No. 75; Plea Memorandum, ECF No. __.

. . .

. . .

This Court finds defendant ANEAL V. MAHARAJ agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Second Superseding Criminal Indictment and the Plea Memorandum. Second Superseding Criminal Indictment, ECF No. 75; Plea Memorandum, ECF No. ___.

This Court finds that ANEAL V. MAHARAJ shall pay a criminal forfeiture money judgment of $2,927,000.00 in United States Currency, including:

1.  $25,512.46 in United States Currency;

2.  Washington Mutual cashier's check for $12,700.00;

3.  Bank of America cashier's check for $14,000.00;

4.  Check payable to First NV Bancorp in the amount of $450.00;

5.  Powernet payroll check payable to Aneal Maharaj for $17,962.83; and

6.  Bank of America cashier's check for $20,000.00, if any are negotiable or available to be collected,

to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ANEAL V. MAHARAJ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

2

the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 18th day of October, 2012.

UNITED STATES DISTRICT JUDGE

3