KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@armstrongteasdale.com
Attorneys for Defendant
Aneal V. Maharaj

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANEAL V. MAHARAJ,<br><br>　　　　　Defendant. | Case No. 2:05-cr-364-JCM-VCF<br><br>**ORDER GRANTING MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** |

　　　Having come before the Court, it is ORDERED, ADJUDGED, and DECREED that Defendant Aneal Maharaj's MOTION TO FILE SENTENCING MEMORANDUM, including accompanying exhibits, [Docket #__132__] is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE
DATED: January 15, 2013