```
┌─────────────────────────────────────────┐
│ ✓ ___ FILED        ___ RECEIVED          │
│   ___ ENTERED      ___ SERVED ON         │
│             COUNSEL/PARTIES OF RECORD    │
│  ┌─────────────────────────────┐         │
│  │                             │         │
│  │        JAN 1 6 2013         │         │
│  │                             │         │
│  └─────────────────────────────┘         │
│        CLERK US DISTRICT COURT           │
│          DISTRICT OF NEVADA              │
│ BY: _____ DEPUTY     │
└─────────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )        2:05-CR-364-JCM-(VCF)
                                     )
ANEAL V. MAHARAJ, aka Neal Maharaj,  )
                                     )
                    Defendant.       )
_____)

### FINAL ORDER OF FORFEITURE AS TO
### DEFENDANT ANEAL V. MAHARAJ

On October 18, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p), forfeiting property of defendant ANEAL V. MAHARAJ to the United States of America. Second Superseding Criminal Indictment, ECF No. 75; Plea Memorandum, ECF No. 129; Minutes of Plea Proceedings, ECF No. 126; Preliminary Order of Forfeiture, ECF No. 128.

. . .

. . .

. . .

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P.

2  32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture

3  (ECF No. 128) is final as to defendant ANEAL V. MAHARAJ.

4    DATED this _16th_ day of _Jan._____, 2013.

5

6

7    _____
     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2