# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ANEAL V. MAHARAJ,<br><br>Defendant(s). | 2:05-CR-364 JCM (VCF) |

### ORDER

Presently before the court is the government's motion to amend/correct judgment. (Doc. # 146). No response has been filed and the deadline date for filing a response has passed.

In its judgment, the court ordered restitution in the amount of $25,000 for Gloria Contreras and $25,000 for Raymond Contreras. (*See* doc. # 143). The government's restitution list provided these figures and these restitution recipients. (*See* doc. # 140).

The government seeks to amend or correct the judgment. The government requests the court's amended judgment remove Raymond Contreras from the restitution list and reflect restitution in the amount of $50,000 for Gloria Contreras. The court finds good cause to grant the motion and orders the government to submit a revised restitution list.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, DECREED that the government's motion to amend/correct judgment (doc. # 146) be, and the same hereby, is GRANTED.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that the government shall submit a revised restitution list to
2 the court.
3    DATED July 3, 2013.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE