1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CR-364-JCM-(VCF) |
| | ) | |
| ANEAL V. MAHARAJ, | ) | |
| aka Neal Maharaj, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On October 18, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant ANEAL V. MAHARAJ, aka Neal Maharaj, to the criminal offenses, forfeiting the property set forth in the Plea Memorandum and the Forfeiture Allegations of the Second Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant ANEAL V. MAHARAJ, aka Neal Maharaj, pled guilty. Second Superseding Indictment, ECF No. 75; Change of Plea, ECF No. 126; Preliminary Order of Forfeiture, ECF No. 128; Plea Memorandum, ECF No. 129.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

from October 30, 2012, through November 28, 2012, notifying all potential third parties and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 130; Notice of Filing Service of Process, ECF Nos. 153; Notice of Filing Service of Process – Mailing, ECF No. 154.

### *Service by the United States Marshals Service*

On December 21, 2013, Lambert Abeyatunge was personally served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 153, p. 2-22.

On March 15, 2013, the United States Marshals Service attempted to personally serve Michael Woodman with the Preliminary Order of Forfeiture and Notice, but was unsuccessful. It was later determined that Mr. Woodman was deceased. Notice of Filing Service of Process, ECF No. 153, p. 23-29 and ECF No. 153-5, p. 19.

On March 15, 2013 and March 20, 2013, the United States Marshals Service attempted to personally serve Viran Gunawarden with the Preliminary Order of Forfeiture and Notice, but was unsuccessful. It was later determined that Mr. Gunawarden was deceased. Notice of Filing Service of Process, ECF No. 153, p. 30-36 and ECF No. 153-5, p. 19.

On March 15, 2013, Maebel Semegne was personally served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 153, p. 37-43.

In April and June 2013, the United States Marshals Service attempted to personally serve Anjuna Ramotar with the Preliminary Order of Forfeiture and Notice, but was unsuccessful. Ms. Ramotar, however, was later located and served on January 8, 2014, by the United States Attorney's Office, with the Preliminary Order of Forfeiture and Notice by Federal Express and regular mail. Notice of Filing Service of Process, ECF No. 153, p. 44-57; Notice of Filing Service of Process - Mailing, ECF No. 154, p. 3-6 and 19-24.

On March 13, 2013, Peggy Charles was personally served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service. Notice of Filing Service of Process, ECF No. 153, p. 58-64.

On March 12, 2013, Gloria Contreras was served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153, p. 65-82.

On May 30, 2013, Raymond Contreras was served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by regular mail. Notice of Filing Service of Process, ECF No. 153-1, p. 1-38.

On March 12, 2013, Willard Green was served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153-1, p. 39-48 and ECF No. 153-2, p. 1-8.

On March 12, 2013, Roberta Manning Roudenbush was served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153-2, p. 9-26.

On March 12, 2013, Belinda Cook was served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153-2, p. 27-44.

On March 12, 2013, Freddie Estribor was served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153-2, p. 45-62.

On March 12, 2013, Martina Estribor was served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153-3, p. 1-18.

. . .

. . .

1   On March 12, 2013, Theresa Mason was served with the Preliminary Order of Forfeiture and

2   the Notice by the United States Marshals Service by regular mail and certified return receipt mail.

3   Notice of Filing Service of Process, ECF No. 153-3, p. 19-36.

4   On March 12, 2013, Pearl Change was served with the Preliminary Order of Forfeiture and the

5   Notice by the United States Marshals Service by regular mail. Notice of Filing Service of Process,

6   ECF No. 153-3, p. 37-55.

7   On March 12, 2013, the United States Marshals Service attempted to serve Gloria Lizama with

8   the Preliminary Order of Forfeiture and Notice by regular mail and certified return receipt mail, but

9   was unsuccessful. The United States Attorney's Office later attempted to serve Gloria Lizama in

10  November 2013, and January 2014, at three additional addresses by regular mail and certified return

11  receipt mail, but was unsuccessful. On March 31, 2014, FBI Special Agent Samuel Ukeiley signed a

12  declaration stating that despite multiple data base searches he could not find an additional address at

13  which Ms. Lizama could be served. Notice of Filing Service of Process, ECF No. 153-4, p. 1-20 and

14  ECF No. 153-5, p. 19; Notice of Filing Service of Process – Mailing, ECF No. 154, p. 7-38.

15  On March 12, 2013, Alfred McNair was served with the Preliminary Order of Forfeiture and

16  the Notice by the United States Marshals Service by regular mail and certified return receipt mail.

17  Notice of Filing Service of Process, ECF No. 153-4, p. 21-38.

18  On March 12, 2013, the Internal Revenue Service, Attn: Karen (Bosek) Wingerd, was served

19  with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service by

20  regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153-4, p.

21  39-56.

22  On March 12, 2013, the Internal Revenue Service, 151 (Restitution), Attn: MPU Stop, was

23  served with the Preliminary Order of Forfeiture and the Notice by the United States Marshals Service

24  by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 153-5,

25  p. 1-18.

26  . . .

On March 31, 2014, FBI Special Agent Samuel Ukeiley signed a declaration regarding the service of process in this case. In the declaration he stated that Viran Gunawarden and Michael Woodman were deceased. Notice of Filing Service of Process, ECF No. 153-5, p. 19; Notice of Filing Service of Process - Mailing, ECF No. 154, p. 38.

**_Service by the United States Attorney's Office_**

On January 8, 2014, Anjuna Ramotar was served by the United States Attorney's Office by Federal Express and regular mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process - Mailing, ECF No. 154, p. 3-6 and 19-24.

On January 14, 2014, attempts to serve Gloria Lizama by the United States Attorney's Office at two addresses (2040 Wheaton Way Apt. 3A, Bremerton, WA and 2500 NE McWilliams Rd. Apt. L2, Bremerton, WA) by regular mail and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice, were unsuccessful. Notice of Filing Service of Process - Mailing, ECF No. 154, p. 7-24.

On November 29, 2013, an earlier attempt to serve Gloria Lizama by the United States Attorney's Office at 4020 Bledsoe Avenue, Apt. H1, Bremerton, WA by regular mail and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice, was unsuccessful. Notice of Filing Service of Process - Mailing, ECF No. 154, p. 25-37.

On March 31, 2014, FBI Special Agent Samuel Ukeiley signed a declaration stating that despite multiple data base searches he could not find an additional address at which Ms. Lizama could be served. Notice of Filing Service of Process - Mailing, ECF No. 154, p. 38.

**_Petitions_**

On March 19, 2013, the Court entered a Petition by Maebel Semegne in regards to his interest in the property listed below for forfeiture. Petition, ECF No. 144.

. . .

On April 16, 2013, the Court entered a Letter from Theresa Mason in regards to her interest in the property listed below for forfeiture. Letter, ECF No. 145.

On September 25, 2013, the United States filed a Motion to Dismiss the Third Party Claims of Teresa Mason and Maebel Semegne. Motion to Dismiss Third Party Claims of Teresa Mason and Maebel Semegen, ECF No. 149.

On November 25, 2013, the Court granted the Motion to Dismiss the Third Party Claims of Teresa Mason and Maebel Semegne. Order, ECF No. 150.

On January 17, 2014, the Court entered a Letter from Lambert Abeyatunge, MD, in regards to his interest in the property listed below for forfeiture. Letter, ECF No. 151.

On March 27, 2014, the Court entered a Motion for Hearing to Adjudicate the Validity of a Legal Interest regarding the Preliminary Order of Forfeiture by petitioner Anjuna Ramotar. Motion, ECF No. 152.

On May 29, 2014, the United States filed a Stipulation, Settlement Agreement Resolving Third Party Claim and Agreeing to Judgment of Forfeiture in regards to an earlier petition by Anjuna Ramotar. Stipulation, ECF No. 155.

On May 30, 2013, the Court granted the Stipulation, Settlement Agreement Resolving Third Party Claim and Agreeing to Judgment of Forfeiture in regards to Anjuna Ramotar. Order, ECF No. 156.

On June 2, 2014, the Court entered an Order denying as moot Anjuna Ramotar's earlier Motion for a Hearing to Adjudicate the Validity of a Legal Interest regarding the Preliminary Order of Forfeiture (ECF No. 152). Order, ECF No. 157.

On July 16, 2014, the United States filed a Stipulation, Settlement Agreement Resolving Third Party Claim and Agreeing to Judgment of Forfeiture in regards to an earlier petition by Lambert Abeyatunge. Stipulation, ECF No 158.

. . .

. . .

On July 21, 2014, the Court granted the Stipulation, Settlement Agreement Resolving Third Party Claim and Agreeing to Judgment of Forfeiture in regards to Lambert Abeyatunge. Order, ECF No. 159.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a criminal forfeiture money judgment of $2,927,000.00 in United States Currency, including:

1.   $25,512.46 in United States Currency;

2.   Washington Mutual cashier's check for $12,700.00;

3.   Bank of America cashier's check for $14,000.00;

4.   Check payable to First NV Bancorp in the amount of $450.00;

5.   Powernet payroll check payable to Aneal Maharaj for $17,962.83; and

6.   Bank of America cashier's check for $20,000.00, if any are negotiable or available to be collected.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any

. . .

. . .

income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED July 24, 2014.


UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on July 22, 2014, by the below identified method of service:

Electronic Filing

Kevin R. Stolworthy
Armstrong Teasdale
3770 Howard Hughes Pkwy. Ste. 200
Las Vegas, NV 89169
kstolworthy@armstrongteasdale.com
Counsel for Aneal V. Maharaj

Margaret M. Stanish
Wright Stanish & Winkler
300 S. Fourth Street, Ste. 701
Las Vegas, NV 89101
MStanish@wswlawlv.com
Counsel for Material Witness Kushmira Prasad

First Class Mail

Maebel Semegne
1848 Escondido Terrace
Henderson, NV 89074
Interested Party

Electronic Mail

Anjuna Vina Ramotar
1B Richview Road, #702B
Toronto, Ontario M9A 4M6
Canada
anramotar58@gmail.com
Interested Party

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal