# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ANEAL V. MAHARAJ,<br><br>　　　　Defendant(s). | 2:05-CR-364 JCM (VCF) |

### ORDER

Presently before the court is the matter of *The United States of America v. Aneal Maharaj*, case number 2:05-cr-364-JCM-VCF.

On August 7, 2014, defendant, acting *pro se*, filed motions to extend the time in which to file his petition pursuant to 28 U.S.C. § 2255 (doc. # 162) and seeking an order directing prison authorities to provide him with certain legal documents (doc. # 163).

Pursuant to Local Rule IA 10-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all parties as having control of the client's case." As Mr. Kevin Stolworthy is defendant's counsel of record, the defendant may not file motions on his own behalf. *See* Local Rule IA 10-6(a).

Defendant has appeared by attorney, and continues to be so represented. Any motions he seeks this court to consider must be filed by his attorney of record.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the motions to extend time (doc. # 162) and obtain legal materials (doc. # 163) be, and the same hereby are, DENIED without prejudice.

DATED August 7, 2014.

_____
UNITED STATES DISTRICT JUDGE